FILED

MAY 27 2025

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel. EXTENDER, L.L.C., | ) | CASE NO. 1:23 CV 340 |
| | ) | |
| | ) | JUDGE CHARLES E. FLEMING |
| Plaintiff-Relator, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| UNIVERSITY HOSPITALS MEDICAL GROUP, et al., | ) | THE GOVERNMENT'S NOTICE OF ELECTION TO INTERVENE IN PART |
| | ) | |
| Defendants. | ) | FILED UNDER SEAL |

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the United States respectfully notifies the Court of its decision to intervene in part, for the purpose of settlement, with respect to relator's allegations that Defendants University Hospitals Medical Group Inc. and University Primary Care Practices Inc. improperly billed Medicaid using "extender" CPT codes when a provider did not provide required additional therapy as part of a patient visit. The United States declines to intervene as to the remaining parts of this action.

The Government requests, pursuant to 31 U.S.C. § 3730(b), that the relator's Complaint, this Notice, and the attached proposed Order be unsealed. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' non-public investigation, including its methods and thought processes for assessing relator's allegations, these submissions were provided under § 3730(b)(3) to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to

intervene should be extended. *See id.* § 3730(b)(2)-(3) (providing only for unsealing of the *in camera* complaint).

A proposed order accompanies this notice.

Respectfully submitted,

CAROL M. SKUTNIK
Acting United States Attorney

By: /s/
Elizabeth L. Berry (OH: 0095524)
Assistant United States Attorney
United States Court House
801 West Superior Avenue, Suite 400
Cleveland, OH 44113
(216) 622-3682
(216) 522-2404 (facsimile)
Elizabeth.Berry2@usdoj.gov

ATTORNEY FOR THE
UNITED STATES OF AMERICA

CERTIFICATE OF SERVICE

A copy of the United States' Notice of Election to Intervene in Part will be sent by regular U.S. Mail on the 27th day of May 2025 to:

Warner Mendenhall
190 North Union St., Suite 201
Akron, Ohio 44304

*Attorney for Plaintiff/Relator*

Elizabeth L. Berry
Assistant United States Attorney